IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLAND DELEON, et al.,

      Plaintiff,                                 No. CIV S-05-0957 LKK GGH P

   vs.

POWERS, (Warden), et al.,

      Defendants.                  <u>ORDER</u>

/

       Plaintiffs, state prisoners proceeding pro se, have filed a civil rights action pursuant to 42 U.S.C. § 1983.[1] In their complaint, plaintiffs allege violations of their civil rights by defendants. The alleged violations took place in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(b).

       Pursuant to Local Rule 3-120(d), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

---

[1] Plaintiffs have not filed an application to proceed in forma pauperis or paid the filing fee ($250.00).

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4  2. All future filings shall reference the new Fresno case number assigned and

5  shall be filed at:

6  United States District Court
   Eastern District of California
7  1130 "O" Street
   Fresno, CA 93721

9  DATED:   6/15/05

       /s/ Gregory G. Hollows
       _____
       GREGORY G. HOLLOWS
       UNITED STATES MAGISTRATE JUDGE

13  GGH:bb
    dele0957.22fn