# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND DELEON,<br><br>           Plaintiff,<br><br>    v.<br><br>POWERS, WARDEN, et al.,<br><br>           Defendants. | CASE NO. 1:05-CV-00788-AWI-SMS-P<br><br>ORDER GRANTING THIRTY DAY EXTENSION OF TIME TO FILE COMPLETED IN FORMA PAUPERIS APPLICATION<br><br>(Doc. 10) |

    Plaintiff Roland DeLeon ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On August 3, 2005, the court ordered plaintiff to file a completed application to proceed in forma pauperis or pay the $250.00 filing fee in full within thirty days. After more than thirty days passed and plaintiff failed to comply with or otherwise respond to the court's order, the court issued a Findings and Recommendations recommending dismissal of this action on September 15, 2005. Plaintiff was provided thirty days within which to file an objection. Plaintiff did not file an objection to the Findings and Recommendations, timely or otherwise. However, on October 6, 2005, plaintiff sent a letter to the Clerk's Office requesting guidance. The letter was filed in this case.

    Plaintiff has ignored two orders of this court to date by failing to respond to either the order of August 3 or the Findings and Recommendations of September 15. If a party is unable to timely comply with a court order, a motion seeking an extension of time is the appropriate response. A letter to the Clerk's Office does not constitute a proper response to a court order, as the Clerk's Office cannot grant a party relief in a case.

The court will grant plaintiff a thirty day extension of time to submit his completed application to proceed in forma pauperis.  However, if plaintiff fails to comply or otherwise respond appropriately, the Findings and Recommendations of September 15 will be submitted to Judge Ishii for consideration.

Accordingly, plaintiff is HEREBY GRANTED a **thirty (30) day** extension of time to file a completed application to proceed in forma pauperis.  <u>The failure to comply with or otherwise respond to this order within thirty days will result in dismissal of this action</u>.

IT IS SO ORDERED.

**Dated:    November 3, 2005**            /s/ Sandra M. Snyder
i0d3h8                          UNITED STATES MAGISTRATE JUDGE

2