# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND DELEON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>POWERS, WARDEN, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:05-CV-00788-AWI-SMS-P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR FAILURE TO OBEY A COURT ORDER<br><br>(Docs. 8 and 9) |

　　　Plaintiff Roland DeLeon ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On September 15, 2005, the Magistrate Judge filed a Findings and Recommendations (F&R) recommending dismissal of this action based on plaintiff's failure to obey the Court's order of August 3, 2005, which required plaintiff to pay the filing fee in full or file a completed application to proceed in forma pauperis. The F&R was served on plaintiff and contained notice to plaintiff that an objection, if any, was to be filed within thirty days. Although plaintiff did not file an objection to the F&R, he sent a letter to the Clerk's Office requesting guidance on October 6, 2005. The letter was filed in and treated as a request for an extension of time to comply with the Court's order of August 3, 2005.

　　　In an order filed on November 3, 2005, the Magistrate Judge granted plaintiff a thirty day extension of time to comply with the order of August 3, 2005. The Magistrate Judge noted in the order that plaintiff had previously ignored two orders of the Court by failing to respond to both the

order of August 3 and the Findings and Recommendations of September 15, 2005. Plaintiff was warned that if he failed to comply with the order of August 3, 2005, within thirty days, the F&R would be submitted to the undersigned for consideration. More than thirty days have passed and plaintiff has not complied with or otherwise responded to the Court's orders.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 15, 2005, is adopted in full; and

2. This action is dismissed, without prejudice, for failure to obey the Court's order of August 3, 2005.

IT IS SO ORDERED.

Dated:   **December 19, 2005**          /s/ **Anthony W. Ishii**
0m8i78                                             UNITED STATES DISTRICT JUDGE